UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GENZYME CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> LUPIN LTD., *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:09-cv-00563-JFM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF DISMISSAL OF COUNT VII OF LUPIN'S COUNTERCLAIM

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) and (c), Defendants Lupin Ltd. and Lupin Pharmaceuticals, Inc. hereby dismiss Count VII of their Counterclaim against Plaintiff with prejudice.

Dated: August 20, 2009.

Respectfully submitted,

SCHIFF HARDIN LLP

By: *D. Christopher Ohly*

D. Christopher Ohly (#01725)
Schiff Hardin LLP
1666 K Street, NW
Washington, DC 20036
Telephone: (202) 778-6458
Facsimile: (202) 778-6460
dcohly@schiffhardin.com

Of Counsel
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Andrew M. Alul
Tara M. Raghavan

1

RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
Telephone: 312-222-6301
Facsimile: 312-222-6321
wrakoczy@rmmslegal.com

*Counsel for LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.*

## CERTIFICATE OF SERVICE

I, D. Christopher Ohly, hereby certify that this 20th day of August, 2009, I caused a true and correct copy of the foregoing NOTICE OF DISMISSAL OF COUNT VII OF LUPIN'S COUNTERCLAIM to be served by the ECF filing system of the District of Maryland which will send notification of such filing via electronic mail to all counsel of record.

D. Christopher Ohly (#01725)
Schiff Hardin LLP
1666 K Street, NW
Washington, DC 20036
Telephone: (202) 778-6458
Facsimile: (202) 778-6460
dcohly@schiffhardin.com