UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 2, 2009

MEMO TO COUNSEL RE: Genzyme Corp. v. Lupin, Ltd., et. al.
  Civil No. JFM-09-563
  Genzyme Corp. v. Impax Laboratories, Inc.
  Civil No. JFM-09-653
  Genzyme Corp. v. Impax Laboratories, Inc.
  Civil No. JFM-09-846
  Genzyme Corp. v. Lupin, Ltd., et. al.
  Civil No. JFM-09-1258

Dear Counsel:

A scheduling conference will be held by telephone at 4:30 p.m. on September 29, 2009. Please bring your calendar with you to the conference.

I ask counsel for plaintiff to arrange the call.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge